UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MATZURA,

               Plaintiff,

    - against -

BROADCAST SUPPLY WORLDWIDE, INC.,

               Defendant.

23-cv-3239 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **July 24, 2023.** If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by **August 7, 2023.** If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
            July 10, 2023

                                             _____
                                             John G. Koeltl
                                          United States District Judge