UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN MATZURA,

             Plaintiff,

  - against -

BROADCAST SUPPLY WORLDWIDE, INC.,

             Defendant.

23-cv-3239 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **August 10, 2023.**

SO ORDERED.

Dated:    New York, New York
           July 26, 2023

                                        _____
                                          John G. Koeltl
                                     United States District Judge