UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

STEVEN MATZURA, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

    Plaintiffs,

    v.

BROADCAST SUPPLY WORLDWIDE, INC.,

    Defendant.

------------------------------------- x

No.: 1:23-cv-3239

**NOTICE OF VOLUNTARY DISMISSAL**

  Plaintiff(s), STEVEN MATZURA, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, BROADCAST SUPPLY WORLDWIDE, INC.,, with prejudice and without fees and costs.

Dated: New York, New York
   October 26, 2023

              **GOTTLIEB & ASSOCIATES**

              */s/Michael A. LaBollita, Esq.*

            Michael A. LaBollita, Esq., (ML-9985)
              150 East 18th Street, Suite PHR
                 New York, NY 10003
                  Phone: (212) 228-9795
                   Fax: (212) 982-6284
                 Michael@Gottlieb.legal

                  *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge

10/27/23